■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL WALKER, Appellant. [976 NYS2d 399]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 23, 2012 (*People v Walker*, 95 AD3d 1240 [2012]), affirming a judgment of the County Court, Westchester County, rendered April 27, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Chambers, Roman and Sgroi, JJ., concur.